1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GOOGLE ANDROID CONSUMER PRIVACY LITIGATION | Case No. M 11-02264 JSW<br><br>MDL NO. 2264<br><br>[~~Proposed~~] Order Appointing William M. Audet and Scott A. Kamber Co-Interim Class Counsel |

## [PROPOSED] ORDER

The Court, having reviewed the facts, Memorandum of Points and Authorities, Stipulation amongst Parties and having met with the parties during the Initial Case Management Conference, finds as follows:

1. Plaintiffs' selection of Scott A. Kamber and William M. Audet as Co-Interim Class Counsel is approved.

2. Plaintiffs' Co-Interim Class Counsel are hereby designated as the counsel for plaintiffs and the putative plaintiffs' class upon whom all notices, orders, pleadings, motions, discovery and memoranda are to be served.

3. Co-Interim Class Counsel, acting on behalf of Plaintiffs, shall have the following duties:

   a. To coordinate all proceedings, including preparing, structuring, and presenting pretrial and other management related orders;

   b. To encourage full cooperation and efficiency among all counsel;

   c. To create any necessary committees and appoint committee chairs and otherwise delegate responsibilities for specific tasks in a manner to assure that pretrial and trial preparation is conducted effectively, efficiently, and economically;

   d. To delegate work responsibilities and monitor the activities of counsel to

|   |   |   |
|---|---|---|
| | | ensure that schedules are met and unnecessary expenditures of time and expense are avoided; |
| | e. | To act as spokespersons at all court conferences; |
| | f. | To call meetings of themselves and/or other counsel as appropriate or necessary from time to time; |
| | g. | To initiate and conduct settlement negotiations with counsel for the Defendants; |
| | h. | To determine Plaintiffs' position on all matters arising during this litigation (after such consultation with other counsel as they deem appropriate) and present such position orally and/or in writing to the Court and opposing parties; |
| | i. | To consult with and employ experts, as necessary; |
| | j. | To initiate, coordinate, and conduct discovery; |
| | k. | To represent Plaintiffs at trial and on any appeal of this matter; |
| | l. | To negotiate and execute agreements with local counsel or other cooperating attorneys; |
| | m. | To determine the appropriate fee allocation among Plaintiffs' counsel as they contributed to resolution or otherwise provided benefit to the class; and |
| | n. | To perform such other duties as are necessary in connection with the prosecution of this litigation. |

4. Defendant's counsel may rely upon all agreements made with Co-Interim Class Counsel, and such agreements shall be binding on plaintiffs.

5. The organization structure set forth in this section applies to all Plaintiffs' counsel in the Consolidated Action, including any action subsequently governed by this Order.

6. No communications among Plaintiffs' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise by entitled.

IT IS SO ORDERED

Dated: October 12, 2011

_____
Honorable Jeffrey S. White
United States District Judge