DAVID H. KRAMER, SBN 168452
MICHAEL H. RUBIN, SBN 214636
CAROLINE E. WILSON, SBN 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrubin@wsgr.com
Email: cwilson@wsgr.com

TONIA OUELLETTE KLAUSNER
BRIAN M. WILLEN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Attorneys for Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: GOOGLE ANDROID CONSUMER PRIVACY LITIGATION | CASE NO.: 3:11-md-02264 JSW<br><br>[PROPOSED]<br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF BART E. VOLKMER AS ATTORNEY FOR DEFENDANT GOOGLE INC.** |

[PROPOSED] ORDER
GRANTING WITHDRAWAL OF BART E. VOLKMER
AS ATTORNEY FOR GOOGLE INC.

CASE NO. 3:11-MD-02264 JSW

1  The Court, having considered Google Inc.'s ("Google") Motion for Withdrawal of Bart E.
2  Volkmer as attorney for Defendant Google and good cause appearing therein, IT IS HEREBY
3  ORDERED that Bart E. Volkmer be withdrawn as attorney for Google and that Mr. Volkmer, at
4  bvolkmer@wsgr.com, be removed from the Court's ECF email service list for this matter.
5  Wilson Sonsini Goodrich & Rosati remains counsel of record for Google.
6  **IT IS SO ORDERED.**

8  Dated: November 15, 2011

   _____
   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE