DAVID H. KRAMER (CA State Bar # 168452)
dkramer@wsgr.com
MICHAEL H. RUBIN (CA State Bar # 214636)
mrubin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone:   (650) 493-9300
Facsimile:   (650) 493-6811

*Counsel for Defendants Google Inc., AdMob, Inc., & AdWhirl, Inc.*
*(Additional Counsel listed on Signature Pages)*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW |
| | MDL No. 2264 |
| | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PAGE LIMIT** |
| This Document Relates to<br><br>ALL CASES | |

1   The parties in the above-entitled action, by and through their respective attorneys, hereby
2   stipulate to the following:
3   WHEREAS, this complex litigation involves nine (9) separate cases coordinated in this
4   Court for pretrial proceedings by the Judicial Panel on Multidistrict Litigation;
5   WHEREAS, plaintiffs have filed a First Amended Consolidated Class Action Complaint
6   ("FAC") that alleges seven (7) separate claims for relief against defendant Google acting in at
7   least two different capacities (including as both developer of the Android Operating System and
8   as the provider of services for applications that run on Android-compatible mobile devices
9   through its subsidiaries and services, including AdMob, AdWhirl, Google Analytics and
10  DoubleClick);
11  WHEREAS, Google's response to the FAC is currently due on March 23, 2012;
12  WHEREAS, Google anticipates it will file a Motion to Dismiss each of the claims
13  asserted in the FAC;
14  WHEREAS, this Court's Civil Standings Orders specify that a brief in support of, in
15  opposition to, or in reply to a motion, except motions for summary judgment or claim
16  construction, shall not exceed 15 pages;
17  WHEREAS, Google's Motion to Dismiss will require separate arguments as to each of
18  the seven claims asserted in the FAC, as well as separate argument relating to the different
19  capacities in which Google has been sued, which arguments collectively will require space
20  beyond the 15-page default limit set by this Court's Civil Standing Order;
21  WHEREAS, counsel for Google and for the plaintiffs have met and conferred, and agree
22  that the page limit for Google's Motion to Dismiss, plaintiffs' Opposition to Google's motion,
23  and Google's Reply in support of its motion should be increased;
24  IT IS SO AGREED that:
25  (1) Google shall be permitted to file a brief in support of its Motion to Dismiss the FAC
26      not to exceed thirty-five (35) pages;
27  (2) Plaintiffs shall be permitted to file an Opposition brief in response to Google's
28      Motion to Dismiss not to exceed thirty-five (35) pages; and

1  (3) Google shall be permitted to file a Reply brief in support of its Motion to Dismiss the
2       FAC not to exceed twenty (20) pages.

3

4  DATE:  February 21, 2012               /s/ Michael H. Rubin
                                          Michael H. Rubin
5                                         David H. Kramer
                                          WILSON SONSINI GOODRICH & ROSATI
6                                         650 Page Mill Road
                                          Palo Alto, CA 94304-1050
7                                         Telephone:    (650) 493-9300
                                          Facsimile:    (650) 493-6811
8                                         Email:        dkramer@wsgr.com
                                          Email:        mrubin@wsgr.com
9
                                          **Counsel for Defendants**
10

11
12 DATE:  February 21, 2012                /s/ William M. Audet
                                           William M. Audet
13                                         Jonas P. Mann
                                           Mariana S. Cole
14                                         AUDET & PARTNERS LLP
                                           221 Main Street
15                                         Suite 1460
                                           San Francisco, CA 94105
16                                         Telephone:   (415) 982-1776
                                           Facsimile:   (415) 568-2556
17                                         Email:       waudet@audetlaw.com
                                           Email:       jmann@audetlaw.com
18                                         Email:       mcole@audetlaw.com

19
                                           Scott A. Kamber
20                                         David A. Stampley
                                           KAMBERLAW, LLC
21                                         100 Wall Street
                                           23rd Floor
22                                         New York, NY 10005-3704
                                           Telephone:   (212) 920-3072
23                                         Facsimile:   (212) 290-3081
                                           Email:       skamber@kamberlaw.com
24                                         Email:       dstampley@kamberlaw.com

25
                                           **Interim Class Counsel**
26

27

28

-3-

STIPULATION AND [PROPOSED] ORDER
RE: MODIFICATION OF PAGE LIMIT

1  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO**
2  **ORDERED.**
3
4  SIGNED this <u>23rd</u> day of <u>February</u>, 2012.
5
6  _____
7  JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
RE: MODIFICATION OF PAGE LIMIT