DAVID H. KRAMER (CA State Bar # 168452)
dkramer@wsgr.com
MICHAEL H. RUBIN (CA State Bar # 214636)
mrubin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Counsel for Defendants Google Inc., AdMob, Inc., & AdWhirl, Inc.*
*(Additional Counsel listed on Signature Pages)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW<br><br>MDL No. 2264<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFICATION OF PAGE LIMIT** |
| This Document Relates to<br><br>ALL CASES | |

The parties in the above-entitled action, by and through their respective attorneys, hereby stipulate to the following:

WHEREAS, this complex litigation involves nine (9) separate cases coordinated in this Court for pretrial proceedings by the Judicial Panel on Multidistrict Litigation;

WHEREAS, plaintiffs have filed a First Amended Consolidated Class Action Complaint ("FAC") that alleges seven (7) separate claims for relief against defendant Google acting in at least two different capacities (including as both developer of the Android Operating System and as the provider of services for applications that run on Android-compatible mobile devices through its subsidiaries and services, including AdMob, AdWhirl, Google Analytics and DoubleClick);

WHEREAS, Google's response to the FAC is currently due on March 23, 2012;

WHEREAS, Google anticipates it will file a Motion to Dismiss each of the claims asserted in the FAC;

WHEREAS, this Court's Civil Standings Orders specify that a brief in support of, in opposition to, or in reply to a motion, except motions for summary judgment or claim construction, shall not exceed 15 pages;

WHEREAS, Google's Motion to Dismiss will require separate arguments as to each of the seven claims asserted in the FAC, as well as separate argument relating to the different capacities in which Google has been sued, which arguments collectively will require space beyond the 15-page default limit set by this Court's Civil Standing Order;

WHEREAS, counsel for Google and for the plaintiffs have met and conferred, and agree that the page limit for Google's Motion to Dismiss, plaintiffs' Opposition to Google's motion, and Google's Reply in support of its motion should be increased;

IT IS SO AGREED that:

(1) Google shall be permitted to file a brief in support of its Motion to Dismiss the FAC not to exceed thirty-five (35) pages;

(2) Plaintiffs shall be permitted to file an Opposition brief in response to Google's Motion to Dismiss not to exceed thirty-five (35) pages; and

(3) Google shall be permitted to file a Reply brief in support of its Motion to Dismiss the FAC not to exceed twenty (20) pages.

DATE: February 21, 2012

*/s/ Michael H. Rubin*

Michael H. Rubin
David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: dkramer@wsgr.com
Email: mrubin@wsgr.com

***Counsel for Defendants***

DATE: February 21, 2012

*/s/ William M. Audet*

William M. Audet
Jonas P. Mann
Mariana S. Cole
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 568-2556
Email: waudet@audetlaw.com
Email: jmann@audetlaw.com
Email: mcole@audetlaw.com

Scott A. Kamber
David A. Stampley
KAMBERLAW, LLC
100 Wall Street
23rd Floor
New York, NY 10005-3704
Telephone: (212) 920-3072
Facsimile: (212) 290-3081
Email: skamber@kamberlaw.com
Email: dstampley@kamberlaw.com

***Interim Class Counsel***

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

SIGNED this 23rd day of February, 2012.

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE