DAVID H. KRAMER, State Bar No. 168452
MICHAEL H. RUBIN, State Bar No. 214636
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: mrubin@wsgr.com

TONIA OUELLETTE KLAUSNER
BRIAN M. WILLEN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York NY 10019
Telephone: (212) 497-7700
Facsimile: (212) 999-5899

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation*<br><br>This Document Relates to<br><br>ALL CASES | CASE No. M 11 2264 JSW<br><br>MDL No. 2264<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Dept.: Courtroom 11<br>Before Honorable Jeffrey S. White |

1 | The parties in the above-entitled actions, by and through their respective attorneys,
2 | hereby stipulate the following:
3 | WHEREAS, on May 9, 2012, Plaintiffs filed their Opposition to Defendants' Motion to
4 | Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint as well as a Motion to
5 | Strike certain exhibits and references to the Declaration of Michael H. Rubin filed in connection
6 | with Defendants' Motion to Dismiss;
7 | WHEREAS, pursuant to this Court's September 21, 2011 Amended Pretrial Order, the
8 | Court shall set a date for a hearing on the Defendants' Motion to Dismiss, if necessary;
9 | WHEREAS, Defendants' Opposition to Plaintiffs' Motion to Strike is due on June 22,
10 | 2012;
11 | WHEREAS, Plaintiffs' Reply in support of their Motion to Strike is due June 29, 2012;
12 | WHEREAS, the parties have therefore agreed that:
13 | 1. Defendants' Opposition to Plaintiffs' Motion to Strike is due on or before June 22,
14 | 2012;
15 | 2. Plaintiffs' Reply in support of their Motion to Strike is due on or before June 29,
16 | 2012;
17 | 3. If the Court chooses to set a date for a hearing on Defendants' Motion to Dismiss,
18 | the Court shall hear Plaintiffs' Motion to Strike on the same day the Court hears
19 | Defendants' Motion To Dismiss;
20 | 4. No further amendment shall be permitted without leave of Court;
21 | IT IS SO AGREED:
22 | DATED: May 23, 2012          */s/ Michael H. Rubin*
23 |                              Michael H. Rubin
                                 David H. Kramer
24 |                              WILSON SONSINI GOODRICH & ROSATI
                                 650 Page Mill Road
25 |                              Palo Alto, CA 94304-1050
                                 650.493.9300 Telephone
26 |                              650.565.5100 Facsimile
27 |                              dkramer@wsgr.com
                                 mrubin@wsgr.com
28 |

Case No. M 11 2264 JSW / MDL No. 2264         1
STIPULATION AND [PROPOSED] ORDER

|   |   |   |
|---|---|---|
| 1 |  | *Attorneys for Defendant Google Inc.* in Case No. 11-cv-2264 (JSW) |
| 2 | DATED: May 23, 2012 | AUDET & PARTNERS LLP |

                                 /s/ William M. Audet
William M. Audet
Mariana S. Cole
221 Main Street, Suite 1460
San Francisco, CA 94105
415.982.1776 Telephone
415.568.2556 Facsimile
waudet@audetlaw.com
mcole@audetlaw.com

Scott A. Kamber
David A. Stampley
KAMBERLAW, LLC
100 Wall Street. 23rd Floor
New York, NY `10005-3704
212.920.3072 Telephone
212.290.3081 Facsimile
skamber@kamberlaw.com
dstampley@kamberlaw.com

Deborah Kravitz
KAMBERLAW, LLP
141 North Street
Healdsburg, CA 95448
707.820.4247 Telephone
212.290.3081 Facsimile
dkravitz@kamberlaw.com

*Interim Class Counsel in*
Case No. 11-cv-2264 (JSW)

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

SIGNED this 24th day of May, 2012.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

Case No. M 11 2264 JSW / MDL No. 2264                2
STIPULATION AND [PROPOSED] ORDER