| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
| 2 | MICHAEL H. RUBIN, State Bar No. 214636<br>WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation<br>650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050<br>Telephone:   (650) 493-9300 |
| 5 | Facsimile:   (650) 565-5100<br>Email:  mrubin@wsgr.com |
| 6 | TONIA OUELLETTE KLAUSNER |
| 7 | BRIAN M. WILLEN<br>WILSON SONSINI GOODRICH & ROSATI |
| 8 | Professional Corporation<br>1301 Avenue of the Americas |
| 9 | 40th Floor<br>New York NY 10019 |
| 10 | Telephone:   (212) 497-7700<br>Facsimile:   (212) 999-5899 |
| 11 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation*<br><br>This Document Relates to<br><br>ALL CASES | CASE No. M 11 2264 JSW<br><br>MDL No. 2264<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Dept.:  Courtroom 11<br>Before Honorable Jeffrey S. White |

1  The parties in the above-entitled actions, by and through their respective attorneys,
2  hereby stipulate the following:
3  WHEREAS, on May 9, 2012, Plaintiffs filed their Opposition to Defendants' Motion to
4  Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint as well as a Motion to
5  Strike certain exhibits and references to the Declaration of Michael H. Rubin filed in connection
6  with Defendants' Motion to Dismiss;
7  WHEREAS, pursuant to this Court's September 21, 2011 Amended Pretrial Order, the
8  Court shall set a date for a hearing on the Defendants' Motion to Dismiss, if necessary;
9  WHEREAS, Defendants' Opposition to Plaintiffs' Motion to Strike is due on June 22,
10 2012;
11  WHEREAS, Plaintiffs' Reply in support of their Motion to Strike is due June 29, 2012;
12  WHEREAS, the parties have therefore agreed that:
13  1. Defendants' Opposition to Plaintiffs' Motion to Strike is due on or before June 22,
14     2012;
15  2. Plaintiffs' Reply in support of their Motion to Strike is due on or before June 29,
16     2012;
17  3. If the Court chooses to set a date for a hearing on Defendants' Motion to Dismiss,
18     the Court shall hear Plaintiffs' Motion to Strike on the same day the Court hears
19     Defendants' Motion To Dismiss;
20  4. No further amendment shall be permitted without leave of Court;
21 IT IS SO AGREED:
22 DATED: May 23, 2012                    /s/ Michael H. Rubin
23                                        Michael H. Rubin
                                          David H. Kramer
24                                        WILSON SONSINI GOODRICH & ROSATI
                                          650 Page Mill Road
25                                        Palo Alto, CA 94304-1050
                                          650.493.9300 Telephone
26                                        650.565.5100 Facsimile
27                                        dkramer@wsgr.com
                                          mrubin@wsgr.com
28

Case No. M 11 2264 JSW / MDL No. 2264          1
STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | *Attorneys for Defendant Google Inc.* in Case No. 11-cv-2264 (JSW) |
| 2  DATED: May 23, 2012 | AUDET & PARTNERS LLP |
| | |
| | _/s/ William M. Audet_ |
| | William M. Audet |
| | Mariana S. Cole |
| | 221 Main Street, Suite 1460 |
| | San Francisco, CA 94105 |
| | 415.982.1776 Telephone |
| | 415.568.2556 Facsimile |
| | waudet@audetlaw.com |
| | mcole@audetlaw.com |
| | |
| | Scott A. Kamber |
| | David A. Stampley |
| | KAMBERLAW, LLC |
| | 100 Wall Street. 23rd Floor |
| | New York, NY `10005-3704 |
| | 212.920.3072 Telephone |
| | 212.290.3081 Facsimile |
| | skamber@kamberlaw.com |
| | dstampley@kamberlaw.com |
| | |
| | Deborah Kravitz |
| | KAMBERLAW, LLP |
| | 141 North Street |
| | Healdsburg, CA 95448 |
| | 707.820.4247 Telephone |
| | 212.290.3081 Facsimile |
| | dkravitz@kamberlaw.com |
| | |
| | *Interim Class Counsel in* Case No. 11-cv-2264 (JSW) |

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

SIGNED this __24th__ day of ___May___, 2012.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE