1 | DAVID H. KRAMER, State Bar No. 168452
2 | WILSON SONSINI GOODRICH & ROSATI
   | Professional Corporation
3 | 650 Page Mill Road
   | Palo Alto, CA 94304-1050
4 | Telephone: (650) 493-9300
   | Facsimile: (650) 565-5100
5 | Email: dkramer@wsgr.com

6 | MICHAEL H. RUBIN, State Bar No. 214636
   | WILSON SONSINI GOODRICH & ROSATI
7 | Professional Corporation
   | 1 Market Street
8 | Spear Tower, Suite 3300
   | San Francisco, CA 94105
9 | Telephone: (415) 947-2000
   | Facsimile: (415) 947-2099
10 | Email: mrubin@wsgr.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: GOOGLE ANDROID CONSUMER PRIVACY LITIGATION** | CASE NO. 11-MD-02264 JSW<br>MDL No. 2264 |
| | Member Cases:<br>No. C 11-02157-JSW<br>No. C 11-02167-JSW<br>No. C 11-02230-JSW<br>No. C 11-02427-JSW<br>No. C 11-03688-JSW<br>No. C 11-04241-JSW<br>No. C 11-04429-JSW<br>No. C 11-04506-JSW<br>No. C 11-04573-JSW |
| This Document Relates to:<br>ALL CASES | |
| | **STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Dept.: Courtroom 11<br>Before: Honorable Jeffrey S. White |

STMT. OF RECENT DECISION ISO MOT. TO DISMISS FIRST AM. CONSOL. CLASS ACTION COMPL. | CASE NO. 3:11-MD-02264-JSW

1   Pursuant to Civil Local Rule 7-3(d)(2), Defendants hereby submit this Statement of
2 Recent Decision to bring to the Court's attention the opinion issued by the United States Court of
3 Appeals for the Fourth Circuit in *WEC Carolina Energy Solutions LLC v. Miller*, No. 11-1201
4 (4th Cir. July 26, 2012) (attached hereto as Exhibit A), affirming the lower court's dismissal of
5 plaintiff's claim under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030.

Dated: July 30, 2012

Attorneys for Defendants

By: */s/ David H. Kramer*

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100
Email:  dkramer@wsgr.com

Michael H. Rubin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1 Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:   (415) 947-2000
Facsimile:    (415) 947-2099
Email:  mrubin@wsgr.com