Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street,  23rd Floor
New York, New York 10005
Telephone:   (212) 920-3072
Facsimile:    (212) 202-6364

*co-Interim Lead Counsel*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GOOGLE ANDROID CONSUMER PRIVACY LITIGATION | No. M 11-02264 JSW MDL No. 2264 |
| This Document Relates to: ALL CASES | Member Cases: No. C 11-02157-JSW No. C 11-02167-JSW No. C 11-02230-JSW No. C 11-02427-JSW No. C 11-03688-JSW No. C 11-04241-JSW No. C 11-04429-JSW No. C 11-04506-JSW No. C 11-04573-JSW |
| | **NOTICE AND [~~PROPOSED~~] ORDER RE: THE WITHDRAWAL OF SCOTT A. KAMBER AS CO-INTERIM LEAD COUNSEL** |

1    WHEREAS, no operative Consolidated Complaint is currently pending;

2    WHEREAS, William M. Audet of Audet & Partners, LLP anticipates making an application

3  to substitute Robert K. Shelquist of Lockridge Grindal Nauen P.L.L.P., which firm has been actively

4  assisting in the prosecution of this action, for Scott A. Kamber, as Interim Co-Lead Counsel in this

5  matter;

6    WHEREAS, Scott A. Kamber has conferred with co-Interim Lead Counsel, William M.

7  Audet, and he has no objection to Scott A. Kamber's withdrawal as co-Interim Lead Counsel; and

8    NOW, THEREFORE, Plaintiffs hereby respectfully request that the Court consent to Scott A.

9  Kamber withdrawing from his role as co-Interim Lead Counsel for the Class in the above captioned

10  matter.

11

12                                        Respectfully submitted,

13

14  DATED:  May 9, 2013                   KAMBERLAW, LLC

15

16                                        By:    s/Scott A. Kamber
                                                 SCOTT A. KAMBER (*pro hace vice*)
17

18                                        Co-Interim Lead Counsel for Plaintiffs

19

20

21

22

23

24

25

26

27

28

2

Notice and [Proposed] Order Re: Withdrawal of Scott A. Kamber as co-Interim Lead Counsel Case No. M-11-02264-JSW

1

## [PROPOSED] ORDER

2

3        Pursuant to the Notice, and for good cause shown, Scott A. Kamber of KamberLaw, LLC is

4    no longer co-Interim Lead Counsel for the Class in the above-captioned litigation.

5

6    DATED:  May 10 2013        _____
                                HON. JEFFREY S. WHITE
7                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice and [Proposed] Order Re: Withdrawal of Scott A. Kamber as co-Interim Lead Counsel Case No. M-11-02264-JSW