Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

*co-Interim Lead Counsel*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GOOGLE ANDROID CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>ALL CASES | No. M 11-02264 JSW<br>MDL No. 2264<br><br>Member Cases:<br>No. C 11-02157-JSW<br>No. C 11-02167-JSW<br>No. C 11-02230-JSW<br>No. C 11-02427-JSW<br>No. C 11-03688-JSW<br>No. C 11-04241-JSW<br>No. C 11-04429-JSW<br>No. C 11-04506-JSW<br>No. C 11-04573-JSW<br><br>**NOTICE AND [~~PROPOSED~~] ORDER RE: THE WITHDRAWAL OF SCOTT A. KAMBER AS CO-INTERIM LEAD COUNSEL** |

WHEREAS, no operative Consolidated Complaint is currently pending;

WHEREAS, William M. Audet of Audet & Partners, LLP anticipates making an application to substitute Robert K. Shelquist of Lockridge Grindal Nauen P.L.L.P., which firm has been actively assisting in the prosecution of this action, for Scott A. Kamber, as Interim Co-Lead Counsel in this matter;

WHEREAS, Scott A. Kamber has conferred with co-Interim Lead Counsel, William M. Audet, and he has no objection to Scott A. Kamber's withdrawal as co-Interim Lead Counsel; and

NOW, THEREFORE, Plaintiffs hereby respectfully request that the Court consent to Scott A. Kamber withdrawing from his role as co-Interim Lead Counsel for the Class in the above captioned matter.

Respectfully submitted,

DATED: May 9, 2013                KAMBERLAW, LLC


By:   s/Scott A. Kamber
      SCOTT A. KAMBER (*pro hace vice*)

Co-Interim Lead Counsel for Plaintiffs

2

Notice and [~~Proposed~~] Order Re: Withdrawal of Scott A. Kamber as co-Interim Lead Counsel Case No. M-11-02264-JSW

# [PROPOSED] ORDER

Pursuant to the Notice, and for good cause shown, Scott A. Kamber of KamberLaw, LLC is no longer co-Interim Lead Counsel for the Class in the above-captioned litigation.

DATED: May 10 2013

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE