MICHAEL H. RUBIN, State Bar No. 214636
EVAN M. W. STERN, State Bar No. 264851
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Street Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: mrubin@wsgr.com

BRIAN M. WILLEN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7700
Facsimile: (212) 999-5899

*Attorneys for Defendant Google Inc.*
*(Additional Counsel listed on Signature Pages)*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW<br><br>MDL No. 2264 |
| This Document Relates to<br><br>ALL CASES | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED<br>Case No. 11 3113 JSW |
| TROY YUNCKER, EDGAR DURAN, ROBERT HODSON, AND RALPH PETROSINO, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>      v.<br><br>PANDORA MEDIA, INC.,<br><br>           Defendant. | |

1  The parties in the above-entitled actions, by and through their respective attorneys,
2  hereby stipulate to the following:
3  WHEREAS, at the September 23, 2011 initial case management conference in the
4  *Android* and *Yuncker* actions, the Court explained that it would schedule a further case
5  management conference in its "first substantive order" and if, at that time, the parties had
6  "nothing to report" they may submit a stipulation so stating (*Android* Dkt No. 18 at 15:24–16:5);
7  WHEREAS, in conjunction with its March 26, 2013 Orders in both the *Android* and
8  *Yuncker* actions, the Court scheduled a further case management conference for May 31, 2013;
9  WHEREAS, plaintiffs in both the *Android* and *Yuncker* actions filed Second Amended
10 Class Action Complaints ("SAC"s) on May 9, 2013, Google and Pandora are currently preparing
11 Motions to Dismiss the SACs filed in their respective actions, there has been no other activity in
12 either case since the Court issued its March 26, 2013 Orders, and the parties have nothing further
13 to report;
14 WHEREAS, the counsel for Google, Pandora, and the *Android* and *Yuncker* plaintiffs
15 have met and conferred, and agree that the case management conference for both actions should
16 be continued until thirty days after the Court rules on the forthcoming Motions to Dismiss in
17 both actions, if the Court deems that such a conference is still necessary at that time;
18 IT IS SO AGREED that:
19 The case management conference currently scheduled for May 31, 2013 in the
20 *Android* and *Yuncker* actions is continued until thirty days after the Court rules on the
21 forthcoming Motions to Dismiss in both actions, if the Court deems that such a
22 conference is still necessary at that time.

STIPULATION AND [PROPOSED] ORDER
RE: MODIFICATION OF PAGE LIMIT

| | | |
|---|---|---|
| 1 | DATE:  May 16, 2013 |      */s/ Michael H. Rubin* |

Michael H. Rubin
Evan M. W. Stern
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Street Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
Email:         mrubin@wsgr.com
Email:         estern@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 497-7700
Email:         bwillen@wsgr.com

***Attorneys for Defendant Google Inc.***

DATE:  May 16, 2013             */s/ William M. Audet*

William M. Audet
Jonas P. Mann
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
Telephone:     (415) 982-1776
Facsimile:      (415) 568-2556
Email:            waudet@audetlaw.com
Email:            jmann@audetlaw.com

***Interim Class Counsel***

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
RE: M̶O̶D̶I̶F̶I̶C̶A̶T̶I̶O̶N̶ O̶F̶ P̶A̶G̶E̶ L̶I̶M̶I̶T̶

DATE:  May 16, 2013

　　　　/s/ Joseph J. Siprut
JOSEPH J. SIPRUT (*Pro Hac Vice*)
ALEKSANDRA M. S. VOLD
PETER K. CARLSON
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Telephone: 312/236-0000
Facsimile: 312/948-9212
*jsiprut@siprut.com*
*avold@siprut.com*
*pcarlson@siprut.com*

***Attorneys for Plaintiffs and the Putative Classes*** in
Case No. 11  CV 3113 JSW

DATE:  May 16, 2013

　　　　/s/ Tyler Griffin Newby
Tyler Griffin Newby
Laurence F. Pulgram
Sebastian Elan Kaplan
FENWICK & WEST LLP
555 California Street
Suite 1200
San Francisco, CA 94104
Telephone:      (415) 875-2300
Facsimile:       (415) 281-1350
Email:             tnewby@fenwick.com
Email:             lpulgram@fenwick.com
Email:             skaplan@fenwick.com

***Attorneys for Pandora Media, Inc.*** in
Case No. 11  CV 3113 JSW

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.** The case management conferences scheduled for May 31, 2013, are VACATED and shall be reset by further order of the Court after the motions to dismiss are resolved.

SIGNED this 17th day of May, 2013.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google, Inc., Android Consumer Privacy Litigation | Case Number:3:11md2264 JSW<br>MDL No. 2264 |
| TROY YUNCKER, et al. | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| v. | |
| PANDORA MEDIA, Inc., | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2013, I SERVED true and correct copies of the attached, by placing said copies in postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail.

Howard W Rubinstein
The Law Officers of Howard W. Rubinstein
PO Box 4839
Aspen, CO 81612

Kurtis J. Kearl
5183 Brookside Ln.
Concord, CA 94521-3621

Lance C. Young
Elwood S. Simon & Assoc, P.C.
355 So Woodward Ave Ste 250
Birmingham, MI 48009

Dated: May 17, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk