1  MICHAEL H. RUBIN, State Bar No. 214636
2  EVAN M. W. STERN, State Bar No. 264851
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   One Market, Spear Street Tower, Suite 3300
4  San Francisco, CA 94105
   Telephone: (415) 947-2000
5  Facsimile:  (415) 947-2099
   Email:      mrubin@wsgr.com
6
7  BRIAN M. WILLEN
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
9  New York, New York 10019
   Telephone: (212) 497-7700
10 Facsimile:  (212) 999-5899

11 *Attorneys for Defendant Google Inc.*
   *(Additional Counsel listed on Signature Pages)*
12

13              IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW |
| | MDL No. 2264 |
| This Document Relates to<br><br>ALL CASES | **STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE**<br><br>AS MODIFIED<br>Case No. 11 3113 JSW |
| TROY YUNCKER, EDGAR DURAN, ROBERT HODSON, AND RALPH PETROSINO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>PANDORA MEDIA, INC.,<br><br>      Defendant. | |

The parties in the above-entitled actions, by and through their respective attorneys, hereby stipulate to the following:

WHEREAS, at the September 23, 2011 initial case management conference in the *Android* and *Yuncker* actions, the Court explained that it would schedule a further case management conference in its "first substantive order" and if, at that time, the parties had "nothing to report" they may submit a stipulation so stating (*Android* Dkt No. 18 at 15:24–16:5);

WHEREAS, in conjunction with its March 26, 2013 Orders in both the *Android* and *Yuncker* actions, the Court scheduled a further case management conference for May 31, 2013;

WHEREAS, plaintiffs in both the *Android* and *Yuncker* actions filed Second Amended Class Action Complaints ("SAC"s) on May 9, 2013, Google and Pandora are currently preparing Motions to Dismiss the SACs filed in their respective actions, there has been no other activity in either case since the Court issued its March 26, 2013 Orders, and the parties have nothing further to report;

WHEREAS, the counsel for Google, Pandora, and the *Android* and *Yuncker* plaintiffs have met and conferred, and agree that the case management conference for both actions should be continued until thirty days after the Court rules on the forthcoming Motions to Dismiss in both actions, if the Court deems that such a conference is still necessary at that time;

IT IS SO AGREED that:

The case management conference currently scheduled for May 31, 2013 in the *Android* and *Yuncker* actions is continued until thirty days after the Court rules on the forthcoming Motions to Dismiss in both actions, if the Court deems that such a conference is still necessary at that time.

| | |
|---|---|
| DATE: May 16, 2013 |      */s/ Michael H. Rubin*<br>Michael H. Rubin<br>Evan M. W. Stern<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market, Spear Street Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: mrubin@wsgr.com<br>Email: estern@wsgr.com<br><br>Brian M. Willen<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 497-7700<br>Email: bwillen@wsgr.com<br><br>***Attorneys for Defendant Google Inc.*** |
| DATE: May 16, 2013 |      */s/ William M. Audet*<br>William M. Audet<br>Jonas P. Mann<br>AUDET & PARTNERS LLP<br>221 Main Street<br>Suite 1460<br>San Francisco, CA 94105<br>Telephone: (415) 982-1776<br>Facsimile: (415) 568-2556<br>Email: waudet@audetlaw.com<br>Email: jmann@audetlaw.com<br><br>***Interim Class Counsel*** |

| | |
|---|---|
| DATE: May 16, 2013 |    */s/ Joseph J. Siprut*<br>JOSEPH J. SIPRUT (*Pro Hac Vice*)<br>ALEKSANDRA M. S. VOLD<br>PETER K. CARLSON<br>17 N. State Street<br>Suite 1600<br>Chicago, Illinois 60602<br>Telephone: 312/236-0000<br>Facsimile: 312/948-9212<br>*jsiprut@siprut.com*<br>*avold@siprut.com*<br>*pcarlson@siprut.com*<br><br>***Attorneys for Plaintiffs and the Putative Classes*** in<br>Case No. 11 CV 3113 JSW |
| DATE: May 16, 2013 |    */s/ Tyler Griffin Newby*<br>Tyler Griffin Newby<br>Laurence F. Pulgram<br>Sebastian Elan Kaplan<br>FENWICK & WEST LLP<br>555 California Street<br>Suite 1200<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br>Email: tnewby@fenwick.com<br>Email: lpulgram@fenwick.com<br>Email: skaplan@fenwick.com<br><br>***Attorneys for Pandora Media, Inc.*** in<br>Case No. 11 CV 3113 JSW |

1  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO
2  ORDERED.** The case management conferences scheduled for May 31, 2013, are VACATED and shall be reset by further order of the Court after the motions to dismiss are resolved.
3
4  SIGNED this __17th__ day of __May_____, 2013.
5
6  _____
   JEFFREY S. WHITE
7  UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-5-

STIPULATION AND [P~~ROPOSED~~] ORDER
RE: M~~ODIFICATION OF PAGE LIMIT~~

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google, Inc., Android Consumer Privacy Litigation | Case Number:3:11md2264 JSW<br>MDL No. 2264 |
| TROY YUNCKER, et al. | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| v. | |
| PANDORA MEDIA, Inc., | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2013, I SERVED true and correct copies of the attached, by placing said copies in postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail.

Howard W Rubinstein
The Law Officers of Howard W. Rubinstein
PO Box 4839
Aspen, CO 81612

Kurtis J. Kearl
5183 Brookside Ln.
Concord, CA 94521-3621

Lance C. Young
Elwood S. Simon & Assoc, P.C.
355 So Woodward Ave Ste 250
Birmingham, MI 48009

Dated: May 17, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk