1  William M. Audet (CA State Bar #117456)
   waudet@audetlaw.com
2  Jonas P. Mann (CA State Bar #263314)
   jmann@audetlaw.com
3  Audet & Partners, LLP
4  221 Main Street, Suite 1460
   San Francisco, CA 94105
5  (415) 568-2555 Telephone
   (415) 568-2556 Facsimile
6
7  *Interim Class Counsel*

8

9              **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. 11 2264 JSW<br><br>MDL No. 2264 |
| This Document Relates to<br><br>ALL CASES | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT** |
| TROY YUNCKER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>PANDORA MEDIA, INC.,<br><br>      Defendant. | Case No.  11 3113 JSW |

MDL No. 2264  M 11 2264 JSW

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT

1  WHEREAS, the earliest of the Court's hearing dates on which all counsel in both cases
2  are available is October 4, 2013;
3  WHEREAS, defendants in both actions have noticed their motions to dismiss for hearing
4  on October 4, 2013;
5  WHEREAS under the current schedule, as reflected in the Court's Stipulation and Order
6  dated April 22, 2013, the Plaintiffs' opposition to Defendants' Motions to Dismiss is due on or
7  before June 20, 2013 and Defendants' Reply briefs are due on July 8, 2013;
8  WHEREAS the current schedule and that sought by this Stipulation were negotiated to
9  accommodate various competing obligations of counsel, both professional and personal;
10 WHEREAS, due to the nature of the issues raised, Plaintiffs would like additional time
11 to oppose the motions to dismiss;
12 WHEREAS, in light of the parties' schedules, an agreement has been reached, subject to
13 the Court's approval, to modify the briefing schedule set out in the April 22, 2013 Stipulation
14 and Order to provide additional time for the parties to brief the motion to dismiss;
15 THEREFORE, the parties agree as follows:
16 1.  The deadlines set forth in the April 22, 2013 Stipulation and Order for Plaintiffs'
17 Opposition and Google's Reply shall be vacated and the following deadlines shall apply:
18    a.  Plaintiffs' Opposition to Google's Motion to Dismiss The Second
19    Amended Consolidated Class Action Complaint shall be filed and served on or before
20    **July 19, 1013;**
21    b.  Google's Reply to Plaintiffs' Opposition to Google's Motion to Dismiss
22    shall be filed and served on or before **August 14, 2013**; and
23 2.  All corresponding deadlines in *Yuncker v Pandora Media*, 2011 CV 03113
24 (JSW) are vacated with new dates to be entered that track those set forth above so that the two
25 actions can continue to progress in tandem.
26 3.  If the Court is unable or unwilling to enter the proposed new schedule for the
27 Opposition and Reply briefs set forth above, the parties respectfully request that the Court leave
28 in place the current schedule reflected in the April 22, 2013 Stipulation and Order.

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE
FOR DEFENDANT'S MOTION TO DISMISS … SECOND AMENDED CONSOLIDATED COMPLAINT

**IT IS SO AGREED:**

Dated June 7, 2013        AUDET & PARTNERS, LLP
                          */s/ Jonas P. Mann*
                          William M. Audet
                          Jonas P. Mann (CA State Bar #263314)
                          221 Main Street, Suite 1460
                          San Francisco, CA  94105
                          Telephone: 415.568.2555
                          Facsimile: 415.568.2556
                          jmann@audetlaw.com

                          ***Attorneys for Plaintiffs***

DATE:  June 7, 2013       */s/ Michael H. Rubin*
                          David H. Kramer
                          Michael H. Rubin
                          Evan M. W. Stern
                          WILSON SONSINI GOODRICH & ROSATI
                          Professional Corporation
                          650 Page Mill Road
                          Palo Alto, CA 94304-1050
                          Telephone:     (650) 493-9300
                          Facsimile:     (650) 493-6811
                          Email:  dkramer@wsgr.com
                          Email:  mrubin@wsgr.com
                          Email:  estern@wsgr.com

                          Brian M. Willen
                          WILSON SONSINI GOODRICH & ROSATI
                          1301 Avenue of the Americas, 40th Floor
                          New York, New York 10019
                          Telephone:  (212) 497-7700
                          Email:          bwillen@wsgr.com

                          ***Attorneys for Defendant Google Inc.***

STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE
FOR DEFENDANT'S MOTION TO DISMISS … SECOND AMENDED CONSOLIDATED COMPLAINT

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE:  June 7, 2013 | */s/ Joseph J. Siprut* |
| | | Joseph J. Siprut |
| 3 | | jsiprut@siprut.com |
| | | Aleksandra M.S. Vold |
| 4 | | avold@siprut.com |
| | | Peter K. Carlson |
| 5 | | pcarlson@siprut.com |
| | | SIPRUT PC |
| 6 | | 17 North State Street |
| | | Suite 1600 |
| 7 | | Chicago, Illinois 60602 |
| | | 312.236.0000 |
| 8 | | Fax: 312.878.1342 |
| 9 | | |
| 10 | | **Attorneys for Troy Yuncker** in Case No. 11 CV 3113 JSW |
| 11 | DATE:  June 7, 2013 | |
| 12 | | */s/ Tyler G. Newby* |
| | | Tyler Griffin Newby |
| 13 | | Laurence F. Pulgram |
| 14 | | Sebastian Elan Kaplan |
| | | FENWICK & WEST LLP |
| 15 | | 555 California Street |
| | | Suite 1200 |
| 16 | | San Francisco, CA 94104 |
| 17 | | Telephone:      (415) 875-2300 |
| | | Facsimile:       (415) 281-1350 |
| 18 | | Email:             tnewby@fenwick.com |
| | | Email:             lpulgram@fenwick.com |
| 19 | | Email:             skaplan@fenwick.com |
| 20 | | |
| 21 | | **Attorneys for Pandora Media, Inc.** in Case No. 11 CV 3113 JSW |

3     MDL No. 2264 M 11 2264 JSW

STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE
FOR DEFENDANT'S MOTION TO DISMISS … SECOND AMENDED CONSOLIDATED COMPLAINT

1    **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO
2    ORDERED.**

4    Dated: June __10__, 2013.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE