William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation*<br><br>This Document Relates to<br><br>ALL CASES | **CASE No. M 11 2264 JSW**<br><br>MDL No. 2264<br><br>**~~[PROPOSED]~~ ORDER APPOINTING LOCKRIDGE GRINDAL NAUEN P.L.L.P. AS INTERIM CO-LEAD CLASS COUNSEL** |

After consideration of the application submitted by Plaintiffs' counsel, and good cause appearing, ~~the court orders as follows:~~ and based on the lack of opposition to the motion,

Robert K. Shelquist is appointed Interim Co-Lead Class Counsel for the above-captioned matter. The hearing scheduled for July 12, 2013 is VACATED.

**IT IS SO ORDERED.**

Dated: June 10, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE