IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE ANDROID CONSUMER PRIVACY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL CASES<br><br>_____/ | No. 11-MD-02264 JSW<br><br>**ORDER VACATING HEARING** |

This matter is scheduled for a hearing on the motion to dismiss filed by Defendant Google, Inc. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for October 4, 2013. The motion is deemed submitted, and the Court shall issue a written ruling in due course. If the parties wish to bring additional authority to the attention of the Court, they may submit notices of additional authority and need not seek leave of court to do so.

**IT IS SO ORDERED.**

Dated: September 25, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE