JASON J. THOMPSON (Michigan Bar No. P47184)
LANCE C. YOUNG (Michigan Bar No. P51254)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, MI  48076
Telephone:     (248) 355-0300
Facsimile:     (248) 746-4001
Email:         jthompson@sommerspc.com

*Attorneys for Plaintiffs Julie Brown and Kayla Molaski*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE:  GOOGLE ANDROID CONSUMER PRIVACY LITIGATION**<br><br>This Document Relates to ALL CASES<br><br>_____ | ) NO. 11-MD-02264 JSW<br>) MDL No. 2264<br>)<br>) Member Cases:<br>) No. C 11-02157-JSW<br>) No. C 11-02230-JSW<br>) No. C 11-02427-JSW<br>) No. C 11-03688-JSW<br>) No. C 11-04241-JSW<br>) No. C 11-04429-JSW<br>) No. C 11-04506-JSW<br>) No. C 11-04573-JSW<br>)<br>)<br>) **ORDER REMOVING COUNSEL**<br>) **OF RECORD**<br>) |

## ORDER REMOVING COUNSEL OF RECORD

~~At a session of said Court, held at the United States District Court for the Northern District of California, San Francisco Division, on:~~

_____, 2014.

~~Present: Honorable_____~~
~~United States District Court Judge~~

After reviewing Plaintiffs, Julie Brown and Kayla Molaski's Notice of Change of Counsel of Record;

IT IS HEREBY ORDERED that Lisa Rycus Mikalonis is hereby removed as counsel of record on behalf of Plaintiffs, Julie Brown and Kayla Molaski. Plaintiff will continue to be represented by the law firm of Sommers Schwartz, P.C. The Clerk of the Court is directed to remove Ms. Mikalonis from the record and from the Court's CM/ECF System for this case.

January 21, 2014

_____
United States District Judge
Jeffrey S. White