MICHAEL H. RUBIN, State Bar No. 214636
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:    (415) 947-2000
Facsimile:    (415) 947-2099
Email:        mrubin@wsgr.com

DAVID H. KRAMER, State Bar No. 168452
DALE R. BISH, State Bar No. 235390
JACOB P. VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:    (650) 493-6811

*Attorneys for Defendant*
*(Additional Counsel listed on Signature Pages)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: GOOGLE ANDROID CONSUMER PRIVACY LITIGATION | ) ) ) ) |
| | ) |
| This Document Relates to | ) ) ) |
| ALL CASES | ) ) ) |
| | ) |
| TROY YUNCKER, EDGAR DURAN, ROBERT HODSON, AND RALPH PETROSINO, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PANDORA MEDIA, INC., | ) ) |
| Defendant. | ) ) ) ) |

CASE NO. 11-MD-02264 JSW
MDL No. 2264

**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCES AND EXTEND TIME TO FILE CASE MANAGEMENT STATEMENTS**

Case No. 11-cv-3113 JSW

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Please take notice that pursuant to Local Rules 6-3, 7-11 and 16-2, Defendants Google Inc. ("Google") and Defendant Pandora Media, Inc. ("Pandora"), and unopposed by Plaintiffs in the In re: Google *Android Consumer Privacy Litigation* (the "*Android* action"), do hereby move for and respectfully seek an Order continuing the case management conferences set for April 18, 2014 to June 13, 2014, or, in the alternative, April 25, 2014, as well as extending the deadline for case management statements to be submitted to one week prior to the revised conference date. This motion is based on this notice, the accompanying motion, the declarations of Michael H. Rubin ("Rubin Decl.") and Tyler Newby ("Newby Decl."), the proposed order and any other matters that the Court deems appropriate.

As described in more detail in the accompanying motion, this is the second request for modification of the subject conference.

**CIRCUMSTANCES SUPPORTING THE REQUEST**

On September 13, 2013, the Court ordered that the *Android* action and the related case *Yuncker v. Pandora Media, Inc.* (the "*Yuncker*" action) should be coordinated so as to avoid duplication of discovery and potentially conflicting rulings. The parties to both actions subsequently stipulated, and the Court ordered, that the case management conference originally scheduled for May 31, 2013 be continued until thirty days after the Court ruled on defendants' Motions to Dismiss the Second Amended Class Action Complaints.

On March 10, 2014, the Court granted in part and denied in part Google and Pandora's motions to dismiss, and in conjunction therewith, ordered that the parties submit case management statements by April 11, 2014, and scheduled case management conferences for April 18, 2014.

As explained in the accompanying declaration, the lead counsel for Google, Inc. in this action, Michael Rubin, is unavailable on April 18, 2014 due to a previously scheduled arbitration hearing. Rubin Decl. ¶ 3. The moving parties, including plaintiffs in the *Android* action, believe it is in the best interest of all parties, and the Court, if Mr. Rubin is able to appear and participate at the case management conference due to his familiarity with the issues, history, and context of

1   this litigation, and therefore have stipulated and agreed to reschedule the case management con-

2   ferences for the next date in which the parties, and the Court, is available.

3        The parties have been informed that the next regularly-scheduled case management con-

4   ference calendar, April 25, 2014, is currently full and that the parties would need an order from

5   the Court to make that date available.  The parties are also informed that the Court is unavailable

6   during the month of May.  Therefore, the next available dates on which the conferences could

7   take place are June 6, 2014 and June 13, 2014.  However, the undersigned counsel for Pandora,

8   Tyler Newby, is likely to be in trial in Texas on June 6.  Newby Decl. ¶ 3.  Therefore, absent

9   some dispensation, the first date on which the Court and counsel for all parties are available is

10  June 13, 2014.

11       The moving parties do not believe that a short continuance of the case management con-

12  ferences will cause prejudice to anyone.  To the contrary, ensuring the appropriate representa-

13  tives attend the conferences is likely to expedite the course of the litigation and minimize dis-

14  putes that would otherwise require motion practice.

15       Accordingly, Google and Pandora respectfully request that the Court continue the case

16  management conferences set for April 18, 2014 to June 13, 2014, and extend the deadline for

17  submitting case management statements from April 11, 2014 to June 6, 2014.  Alternatively,

18  should the Court prefer a shorter continuance, the parties are available on April 25, 2014.  Plain-

19  tiffs in the Android action do not oppose moving the conference to either date.

20  **ATTEMPTS TO CONFER**

21       The parties in both actions have met and conferred regarding the relief requested in this

22  motion.  Three of the parties, (Google, Pandora and plaintiffs in the *Android* action) have each

23  stipulated and agreed to a continuance of the case management conference to June 13.  Although

24  their counsel is available on June 13, plaintiffs in the *Yuncker* action have indicated that they will

25  not agree to the short continuance requested by Google, thus necessitating the instant Motion.

26  *See* Newby Decl. ¶ 3.  Counsel for plaintiffs in *Yuncker* is, however, amenable to a one-week

27  continuance to April 25, 2014 – the date on which the Court's calendar is currently full.

28

1

**PROPOSED FURTHER CASE MANAGEMENT SCHEDULE**

2        To ensure that the case management conferences for the *Android* and *Yuncker* actions

3   occur concurrently, and that lead counsel for all parties are able to attend, Google and Pandora,

4   without objection by the *Android* plaintiffs, respectfully request that the Court continue the case

5   management conferences scheduled for April 18, 2014 until June 13, 2014, and extend the dead-

6   line for submitting case management statements from April 11, 2014 to June 6, 2014.  Alterna-

7   tively, those parties request that the Court continue the conference until April 25, 2014 and ex-

8   tend the deadline for submitting case management statements to April 18, 2014.

9        DATE:  April 1, 2014                              _____/s/ Michael H. Rubin_____

10                                                      Michael H. Rubin
                                                      WILSON SONSINI GOODRICH & ROSATI
11                                                    Professional Corporation
                                                      One Market Plaza
12                                                    Spear Tower, Suite 3300
                                                      San Francisco, CA 94105-1126
13                                                    Telephone:      (415) 947-2000
                                                      Facsimile:       (415) 947-2099
14                                                    Email:            mrubin@wsgr.com

15                                                    David H. Kramer
                                                      Dale R. Bish
16                                                    Jacob P. Veltman
                                                      WILSON SONSINI GOODRICH & ROSATI
17                                                    Professional Corporation
                                                      650 Page Mill Road
18                                                    Palo Alto, CA 94304-1050
                                                      Telephone:      (650) 493-9300
19                                                    Facsimile:       (650) 493-6811
                                                      Email:            dkramer@wsgr.com
20                                                    Email:            dbish@wsgr.com
                                                      Email:            jveltman@wsgr.com
21
                                                      ***Attorneys for Defendant***
22

23

24

25

26

27

28

1    DATE:  April 1, 2014                    _____*/s/ Tyler Griffin Newby*_____
                                            Tyler Griffin Newby
2                                           Laurence F. Pulgram
                                            Sebastian Elan Kaplan
3                                           Fenwick & West LLP
                                            555 California Street
4                                           Suite 1200
                                            San Francisco, CA 94104
5                                           Telephone:      (415) 875-2300
                                            Facsimile:      (415) 281-1350
6
                                            Email:          tnewby@fenwick.com
7                                           Email:          lpulgram@fenwick.com
                                            Email:          skaplan@fenwick.com
8

9                                           ***Attorneys for Pandora Media, Inc. in
                                            Case No. 11 CV 3113 JSW***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATION</u>

2       I, Michael H. Rubin, am the ECF User whose identification and password are being used

3  to file this **ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT**

4  **CONFERENCES AND EXTEND TIME TO FILE  CASE MANAGEMENT STATE-**

5  **MENTS**.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Tyler Griffin Newby

6  has concurred in this filing.

7

8       DATE:  April 1, 2014                              _____*/s/ Michael H. Rubin*_____
                                                      Michael H. Rubin
9                                                      WILSON SONSINI GOODRICH & ROSATI
                                                      650 Page Mill Road
10                                                     Palo Alto, CA 94304-1050
                                                      Telephone:     (650) 493-9300
11                                                     Facsimile:     (650) 493-6811
                                                      Email:         mrubin@wsgr.com
12
                                                      ***Attorney for Defendants***
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28