MICHAEL H. RUBIN, State Bar No. 214636
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:   (415) 947-2000
Facsimile:   (415) 947-2099
Email:   mrubin@wsgr.com

DAVID H. KRAMER, State Bar No. 168452
DALE R. BISH, State Bar No. 235390
JACOB P. VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 493-6811

*Attorneys for Defendant*
*GOOGLE INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: GOOGLE ANDROID CONSUMER PRIVACY LITIGATION | CASE NO. 11-MD-02264 JSW<br>MDL No. 2264 |
| This Document Relates to<br>ALL CASES | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCES AND EXTEND TIME TO FILE CASE MANAGEMENT STATEMENTS |
| TROY YUNCKER, EDGAR DURAN, ROBERT HODSON, AND RALPH PETROSINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC.,<br><br>Defendant. | Case No. 11-cv-3113 JSW |

1   The Court has considered the papers presented in connection with Defendant Google Inc.
2   ("Google") and Defendant Pandora Media, Inc.'s ("Pandora") Administrative Motion to
3   Continue Case Management Conferences and Extend Time to File Case Management Statements
4   ("Motion") in the above-captioned actions.  The Court has determined that, in light of the
5   declarations filed by Google and Pandora in support of their Motion, compelling reasons exist
6   for continuing the case management conferences currently scheduled for April 18, 2014, and for
7   extending the deadline for submitting case management statements currently set for April 11,
8   2014, as follows:

10  [X] The case management conferences currently set for April 18, 2014 in the above-
11  captioned actions are hereby continued to June 13, 2014, and the deadline for filing case
12  management statements in those actions is hereby extended to June 6, 2014.

14  [ ] The case management conferences currently set for April 18, 2014 in the above-
15  captioned actions are hereby continued until April 25, 2014, and the deadline for filing case
16  management statements in those actions is hereby extended until April 18, 2014. ~~(struck through)~~

18  IT IS HEREBY ORDERED that Google and Pandora's Administrative Motion is
19  GRANTED consistent with the above.

22  Dated: April 9, 2014          _____
                                   JEFFREY S. WHITE
23                                 United States District Judge

[PROPOSED] ORDER CONTINUING CMC          -1-
CASE NO. 3:11-MD-02264