IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE ANDROID CONSUMER PRIVACY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL CASES<br><br>_____ / | No. 11-MD-02264 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received and considered the parties' joint case management conference statement. It is HEREBY ORDERED as follows:

1. The plaintiffs in the *Lipton* and *Brown* case and Google, Inc. shall meet and confer regarding Google's suggestion that these cases should be dismissed. If the parties cannot reach a stipulation on this issue, Google, Inc. shall file a motion to dismiss these cases by no later than July 7, 2014.

2. The Court GRANTS the request to continue the case management conference. In the future, if the parties seek to continue a case management conference, they should file a separate request to continue that sets forth the basis for the request in advance of the deadline on which a case management statement is due, rather than setting forth their request in the body of a lengthy case management conference statement.

3. The Court continues the case management conference from June 13, 2014 to August 8, 2014 at 11:00 a.m. in Courtroom 5, Second Floor, 1301 Clay Street, Oakland, CA. The parties updated joint case management statement shall be due on August 1, 2014, and the

//

parties need not repeat the information set forth the joint case management statement filed on June 6, 2014.

**IT IS SO ORDERED.**

Dated: June 10, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2