United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE ANDROID CONSUMER PRIVACY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL CASES<br><br>_____/ | No. 11-MD-02264 JSW<br><br>**CASE MANAGEMENT ORDER** |

The Court has considered the parties' joint case management statement and the supplemental joint case management statement, and it HEREBY VACATES the case management conference set for August 8, 2014.

It is HEREBY ORDERED that:

1. The Court HEREBY ADOPTS Google's proposal for phased discovery and an early motion for summary adjudication on the issue of standing, although the Court expresses no opinion on Google's views of what discovery is necessary to address that issue[1];

2. Google shall file its motion for summary adjudication on standing by no later than December 8, 2014, and shall notice it for a hearing in accordance with the Northern District Civil Local Rules[2];

---

[1] The Court is issuing a separate order referring discovery in this matter to a randomly assigned Magistrate Judge, including any disputes about what discovery Plaintiffs may require to oppose a motion for summary adjudication on the standing issue.

[2] If the parties require additional time to complete discovery on the issue of standing, they may submit a request to continue this deadline.

3. The parties shall appear for a further case management conference on February 27, 2015 at 11:00 a.m. The parties shall submit a further case management conference statement by no later than February 20, 2015, which sets forth deadlines associated with the remainder of this litigation.

The Court also HEREBY ADVISES all parties that any motions filed in this case must be noticed for a hearing on an open and available date for terminal digits 1 and 2, which are listed in the "Scheduling Notes" on the Court's website.

**IT IS SO ORDERED.**

Dated: August 5, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2