William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiffs*

*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND~~SAN JOSE~~ DIVISION

| | |
|---|---|
| *In re Google Inc., Android Consumer Privacy Litigation* | CASE No. M 11 2264 JSW |
| | MDL No. 2264 |
| | Hon. Jeffrey S. White |
| This Document Relates to<br><br>ALL CASES | **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER GRANTING DISMISSAL** |

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of the individual claims of Plaintiffs Beverly Levine, Phillip Hall, Joan Smith, Kendrick Cochran, Maritsa Urias, and Nicholas Lawrence with prejudice. Each party to bear its own costs. No financial or other consideration to Plaintiffs or Plaintiffs' attorneys has been paid or otherwise agreed to in exchange for this dismissal.

| | |
|---|---|
| Dated this September 22, 2014 | AUDET & PARTNERS, LLP |
| | |
| | _____s/ William M. Audet_____ |
| | William M. Audet |
| | waudet@audetlaw.com |
| | Jonas P. Mann |
| | jmann@audetlaw.com |
| | 221 Main Street, Suite 1460 |
| | San Francisco, CA 94105 |
| | Telephone: 415.568.2555 |
| | Facsimile: 415.568.2556 |
| | |
| Dated this September 22, 2014 | LOCKRIDGE GRINDAL NAUEN PLLP |
| | |
| | _____s/ Robert K. Shelquist_____ |
| | Robert K. Shelquist |
| | rkshelquist@locklaw.com |
| | Executive Committee Member |
| | 100 Washington Avenue South |
| | Suite 2200 |
| | Minneapolis, MN 55401 |
| | Telephone: 612.339.6900 |
| | Facsimile: 612.339.0981 |
| | |
| | *Liaison Counsel for Plaintiffs* |
| | |
| Dated this September 22, 2014 | LAW OFFICE OF |
| | JOSEPH H. MALLEY, PC |
| | |
| | _____s/ Joseph H. Malley_____ |
| | Joseph H. Malley |
| | malleylaw@gmail.com |
| | 1045 North Zang Boulevard |
| | Dallas, TX 75208 |
| | Telephone: 214.943.6100 |
| | |
| | *Attorneys for Plaintiff Beverly Levine and Phillip Hall* |

| | | |
|---|---|---|
| 1 | Dated September 22, 2014 | WOOD LAW FIRM, LLC |
| 2 | |      s/ E. Kirk Wood |
| 3 | | E. Kirk Wood |
| | | ekirkwood1@bellsouth.net |
| 4 | | P.O. Box 382434 |
| 5 | | Birmingham, AL 35238-2434 |
| | | Telephone: 205.612.0243 |
| 6 | | Facsimile: 866.747.3905 |
| 7 | | *Attorneys for Plaintiff Joan Smith* |
| 8 | Dated September 22, 2014 | THE TERRELL LAW GROUP |
| 9 | |      s/ Reginald Terrell |
| 10 | | Reginald Terrell |
| | | reggiet2@aol.com |
| 11 | | Post Office Box 13315, PMB #148 |
| 12 | | Oakland, CA 94661 |
| | | Telephone: 510. 237.9700 |
| 13 | | Facsimile: 510.237.4616 |
| 14 | | *Attorneys for Plaintiff Kendrick Cochran* |
| 15 | Dated September 22, 2014 | FEARS NACHAWATI LAW FIRM |
| 16 | |      s/ Jay Forester |
| 17 | | Jay Forester |
| | | jay@fnlawfirm.com |
| 18 | | 4925 Greenville Avenue |
| 19 | | Suite 715 |
| | | Dallas, TX 75206 |
| 20 | | Telephone: 214.890.0711 |
| 21 | | Facsimile: 214.890.0712 |
| 22 | | *Attorneys for Plaintiff Maritsa Urias* |

| | | |
|---|---|---|
| 1 | Dated: September 19, 2014 | MAYER LAW GROUP |
| 2 | | |
| 3 | |       s/ Aaron C. Mayer<br>Aaron C. Mayer |
| 4 | | aaron@mayerlawgroup.com<br>18 Carolina Street |
| 5 | | Suite B<br>Charleston, SC 29403 |
| 6 | | Telephone: 843.376.4929<br>Facsimile: 888.446.3963 |
| 7 | | |
| 8 | | *Attorneys for Plaintiff Nicholas Lawrence* |
| 9 | | |
| 10 | Dated: September 23, 2014 | WILSON SONSINI GOODRICH & ROSATI |
| 11 | |       s/ Michael H. Rubin |
| 12 | | Michael H. Rubin<br>mrubin@wsgr.com |
| 13 | | One Market Plaza<br>Spear Tower, Suite 3300 |
| 14 | | San Francisco, CA 94105-1126<br>Telephone:   (415) 947-2000 |
| 15 | | Facsimile:    (415) 947-2099<br>Email:       mrubin@wsgr.com |
| 16 | | |
| 17 | | *Attorneys for Defendant Google Inc.* |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

(1) The individual claims of Plaintiffs Beverly Levine, Phillip Hall, Joan Smith, Kendrick Cochran, Maritsa Urias, and Nicholas Lawrence are dismissed with prejudice;

(2) All remaining constituent actions, along with this consolidated Multidistrict Litigation Action, are dismissed with prejudice with each party bearing their own costs.

SIGNED this 26th day of September, 2014

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE